# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Ron Morris v. BNSF Railway     Case Number: 1:15-CV-02923

An appearance is hereby filed by the undersigned as attorney for:
Ron Morris, pursuant to Court appointment

Attorney name (type or print):  David M. Lewin

Firm:    Lewin Law Group

Street address:    175 W. Jackson, Suite 1600

City/State/Zip:    Chicago, IL 60605

Bar ID Number: 6211157                    Telephone Number:    312-725-2084
(See item 3 in instructions)

Email Address: dmlewin@lewinlg.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                     If appointed counsel, are you a
                                                     ☐ Federal Defender
                                                     ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 16, 2015

Attorney signature:    S/ David M. Lewin
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015