IN THE UNITED STATES DISTRICT COURT,
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RON MORRIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15 cv 02923 |
| | ) | Judge Joan B. Gottschall |
| BNSF RAILWAY COMPANY, | ) | Magistrate Judge Sidney I. Schenkier |
|     Defendant. | ) | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff, by his appointed counsel, David M. Lewin of Lewin Law Group, and, complaining of the Defendant, BNSF RAILWAY COMPANY, states as follows:

1. This is an action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, and 42 U.S.C. 1981.

2. Plaintiff, Ron Morris, is a resident of Cook County, Illinois.

3. Defendant BNSF Railway Company is a Delaware Corporation, licensed and doing business in the state of Illinois.

4. The defendant has a business located at 3611 W. 38th Street, Chicago, IL 60632.

5. The plaintiff sought employment at 3611 W. 38th Street, Chicago, IL 60632.

6. As the discrimination took place in Cook County, Illinois, venue is proper in this Court.

7. Ron Morris was continuously employed by BNSF for approximately nine years.

8. Ron Morris remained employed by BNSF until May 1, 2013.

9. On or about May 1, 2013, BNSF terminated Plaintiff's employment.

10. On January 8, 2014, Ron Morris filed a sworn Complaint with the Illinois Department of Human Rights and the U.S. Equal Opportunity Commission. A copy of said sworn complaint is attached hereto as **Exhibit A.**

11. On January 6, 2015, the U.S. Equal Employment Opportunity Commission issued a "Notice of Suit Rights" letter to Ron Morris. A copy of said letter is attached hereto as **Exhibit B.**

12. In violation of law, Defendant discriminated against Plaintiff on the basis of color and race.

13. Jurisdiction over Plaintiff's claim is conferred by Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); for 42 U.S.C. §1981 by 42 U.S.C. §1988.

14. Contrary to law, the defendant wrongfully terminated Plaintiff's employment and harassed Plaintiff based on his color and race.

15. In particular, Defendant did the following:

    A. Plaintiff was employed as a conductor by Defendant;

    B. Plaintiff was alleged to have operated a key train at speeds in excess of authorized maximums;

    C. Plaintiff was wrongfully terminated for such conduct;

    D. Defendant deliberately, due to Plaintiff's race and color, wrongfully applied improper rules and standards in order to discharge Plaintiff;

    E. In addition, Defendant imposed discipline on employees differently based on race. White employees were not discharged for substantially similar conduct.

16. WHEREFORE, as result of the wrongful conduct of Defendant, Plaintiff seeks the following relief:

    A. Order Defendant to re-employ Plaintiff;

    B. For lost wages and other compensatory and punitive damages as provided by law, including and order of attorney fees and expert fees;

C. Such other relief as this Court may find appropriate.

        Respectfully submitted,

        _____
        David M. Lewin, Appointed Counsel for Plaintiff

David M. Lewin, #6211157
Lewin Law Group
175 W. Jackson, Suite 1600
Chicago, IL 60604
Tel: (312) 725-2084