## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Ron Morris

                  Plaintiff,

v.                                               Case No.: 1:15–cv–02923
                                                    Honorable Joan B. Gottschall

BNSF Railway

                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, January 15, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Plaintiff's counsel informed the court that his client may want to add claims against the union. Status hearing set for 2/5/16 at 9:30 a.m. The plaintiff shall be prepared to advise the court how he wishes to proceed. The defendant shall answer or otherwise plead by 3/7/16. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.