**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RON MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-02923 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | Magistrate Judge Sidney I. Schenkier |
| BNSF RAILWAY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:  David M. Lewin, #6211157
Lewin Law Group
175 W. Jackson, Suite 1600
Chicago, IL 60604
Tel: (312) 725-2084

  PLEASE TAKE NOTICE that on March 7, 2016, Defendant BNSF Railway Company filed via electronic filing with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached BNSF RAILWAY COMPANY'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT, a copy of which is herewith served upon you electronically.

                              BNSF RAILWAY COMPANY

                              By: /s/Heather R. Adams_____
                                  One of Its Attorneys

Raymond H. Groble, III
Heather R. Adams
Daley Mohan Groble, P.C.
55 W. Monroe Street, Suite 1600
Chicago, Illinois 60603
312-422-9999
groble@daleymohan.com
hadams@daleymohan.com

## **CERTIFICATE OF SERVICE**

I, Heather R. Adams, an attorney, hereby certify that on the 7th day of March, 2016, I caused the foregoing ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF electronic filing system and by depositing the same in the U.S. Post Office box located at 55 West Monroe Street, Chicago, Illinois addressed as follows:

**Attorney for Plaintiff**
David M. Lewin, #6211157
Lewin Law Group
175 W. Jackson, Suite 1600
Chicago, IL 60604
Tel: (312) 725-2084

By: /s/Heather R. Adams