# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RON MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-02923 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | Magistrate Judge Sidney I. Schenkier |
| BNSF RAILWAY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BNSF RAILWAY COMPANY'S FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) DISCLOSURES**

Defendant, BNSF RAILWAY COMPANY (hereinafter referred to as "BNSF" or "Defendant") by its attorneys, Raymond H. Groble, III and Heather R. Adams, pursuant to Federal Rule of Civil Procedure 26(a)(1), makes the following disclosures:

**DISCLOSURES**

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment. 26(a)(1)(A)(i).

1) **RON MORRIS, Plaintiff, 19625 S. Lake Park Dr., Lynwood, Illinois 60411.** Mr. Morris is expected to testify regarding his employment and disciplinary history with BNSF; the duties and responsibilities associated with his position as a conductor; and his training history regarding BNSF safety policies, GCOR and critical work practices; the operation of locomotives and key trains; the application of the Federal Railroad Administration ("FRA") regulations to his work as a conductor and BNSF's nondiscrimination and anti-harassment policies. Mr. Morris is also expected to testify as to the March 7, 2013 incident involving his operation of a "key train" in excess of the posted and maximum authorized speed, how the incident occurred, other employees involved in this incident, and subsequent investigations into the incident.. Mr. Morris' trial testimony is generally expected to be consistent with the testimony he provides in his deposition.

2) **SCOTT HENDRICKSON, BNSF Superintendent of Operations.** Mr. Hendrickson can be reached through Daley Mohan Groble, P.C., 55 W. Monroe, Suite 1600, Chicago, (312) 422-9999. Mr. Hendrickson is expected to testify regarding his work history with

1

BNSF and the duties and responsibilities associated with supervising Train Yard and Engine ("TY&E") employees, including Mr. Morris. Mr. Hendrickson is expected to testify as to the requirements to work as a conductor in certified service, criteria for de-certification and the application of the FRA regulations to the movement of trains and the work of conductors. Mr. Hendrickson will also testify as to whether Mr. Morris ever reported to him any incidents of discrimination.

3) **ROBERT DELLA-PIETRA, BNSF Chicago Division Road Foreman.** Mr. Della-Pietra can be reached through Daley Mohan Groble, P.C., 55 W. Monroe, Suite 1600, Chicago, IL, (312) 422-9999. Mr. Della-Pietra is expected to testify regarding his work history with BNSF and the duties and responsibilities associated with his position, particularly supervising TY&E employees, including Mr. Morris. He is expected to testify as to his investigation into the March 7, 2013 event and his review of the event recorder data. Mr. Della-Pietra will testify as to the requirements to work as a conductor in certified service, criteria for de-certification and the application of the FRA regulations to the movement of trains and the work of conductors. Mr. Della-Pietra will also testify as to whether Morris ever reported to him any incidents of discrimination.

4) **STEVE RICE, BNSF Manager of Operating Practices.** Mr. Della-Pietra can be reached through Daley Mohan Groble, P.C., 55 W. Monroe, Suite 1600, Chicago, IL, (312) 422-9999. Mr. Rice is expected to testify regarding his work history with BNSF and the duties and responsibilities associated with his position. Mr. Rice will testify as to his role in investigation the March 7, 2013 event and his review of the event recorder data.

5) **JEROME JONES, Former BNSF conductor.** Mr. Jones is expected to testify regarding his employment and disciplinary history with BNSF, the duties and responsibilities associated with his position as an engineer; his training history regarding BNSF safety policies, GCOR and critical work practices; the operation of locomotives and key trains and the application of the FRA regulations to his work as an engineer. Mr. Jones is also expected to testify as to the March 7, 2013 incident involving his operation of a "key train" in excess of the posted and maximum authorized speed, how the incident occurred, other employees involved in this incident and subsequent investigations into the incident. Mr. Jones is also expected to testify as to the formal investigation hearing. Mr. Jones' trial testimony is generally expected to be consistent with the testimony he ultimately provides in his deposition.

6) **RICHARD T. HARWOOD, Local Chairman, United Transportation Union ("UTU") 171.** Mr. Harwood is expected to testify as to his representation of Morris at the April 16, 2013 formal investigation hearing and Mr. Morris' subsequent appeals. Mr. Harwood will also testify as to whether Mr. Morris ever reported to him any incidents of discrimination.

7) **DONALD "BRETT" RUSSELL, BNSF Trainmaster.** Mr. Russell can be reached through Daley Mohan Groble, P.C., 55 W. Monroe, Suite 1600, Chicago, IL (312) 422-9999. Mr. Russell is expected to testify regarding his work history with BNSF and the duties and responsibilities associated with his position. Mr. Russell is expected to also testify regarding

2

his role as the conducting officer of the formal investigation into Mr. Morris' operation of a key train on March 7, 2013, the investigatory proceedings regarding the incident, the grounds supporting BNSF's dismissal decision and individuals involved in the decision making process.

8) **BNSF identifies all persons mentioned or otherwise identified in the complaint and answer, in Mr. Morris' Rule 26(a)(1) disclosure and in any documents provided or obtained via subpoena or through the discovery process.**

*BNSF reserves the right to supplement pursuant to Fed. R. Civ. Pro. 26(e). Investigation Continues.*

B. A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control, and may use to support its claims or defenses, unless the use would be solely for impeachment. 26(a)(1)(A)(ii).

**RESPONSE:** **The defendant has the following documents in its possession that may be used to support its claims or defenses:**

1. **Diversity/EEO In this Together Policy**
2. **BNSF Employee Safety Rules**
3. **Ron Morris Labor Relations File**
4. **Ron Morris Personnel File and Disciplinary History**
5. **Ron Morris EEOC Charge No. 440-2013-05725**
6. **Ron Morris' EEOC Investigation file**

These documents will be provided at Mr. Morris' request and expense. *Investigation Continues.*

C. A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered. 26(a)(1)(A)(iii).

**RESPONSE:** **None. BNSF disputes Mr. Morris' claim for damages in its entirety.**

3

D. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment. 26(a)(1)(A)(iv).

**RESPONSE:** **None. BNSF is self-insured to an extent greater than its potential liability in this matter. BNSF reserves the right to supplement these disclosures as additional information becomes available.**

                    BNSF RAILWAY COMPANY

                    By:/s/ Heather R. Adams
                        One of Its Attorneys

Raymond H. Groble, III
Heather R. Adams
Daley Mohan Groble, P.C.
55 West Monroe, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
groble@daleymohangroble.com
hadams@daleymohangroble.com

4

## CERTIFICATE OF SERVICE

I, Heather R. Adams, an attorney, hereby certify that on the 18th day of May, 2016, caused the foregoing **BNSF RAILWAY COMPANY'S 26(a)(1) DISCLOSURES** to be served upon the following attorney via email and by depositing the same in the U.S. Post Office box located at 55 West Monroe Street, Chicago, Illinois addressed as follows:

**Attorney for Plaintiff**
David M. Lewin
Lewin Law Group
175 W. Jackson, Suite 1600
Chicago, IL 60604
Tel: (312) 725-2084
dmlewin@lewinlg.com

By:/s/ Heather R. Adams