# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RON MORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15-cv-02923 |
| BNSF RAILWAY, | ) ) Judge Matthew F. Kennelly |
| Defendant. | ) Magistrate Judge Sidney I. Schenkier ) |

### DEFENDANT'S SUPPLEMENTAL ANSWER TO PLAINTIFF'S INTERROGATORY 18

Defendant, BNSF Railway Company ("BNSF"), by and through its attorneys, LaPointe Law, P.C., supplements its answer to Plaintiff Ron Morris's Interrogatory No. 18 as follows:

### PRELIMINARY STATEMENT

In responding to Plaintiff's discovery requests, BNSF has conducted a reasonable search and review of the records, documents, and information available to it. BNSF has not fully completed its investigation of the facts relating to this case or preparation for trial. All of the answers contained herein are based only on the information and documents presently available to BNSF. It is anticipated that further investigation and analysis may supply additional information. Therefore, BNSF expressly reserves the right to provide further answers based on information independent of BNSF's records and deriving from information and/or documents which may come to light in the future.

### GENERAL OBJECTIONS

The following general objections apply to each of BNSF's responses to Plaintiff's discovery requests.

1. BNSF objects to each and every Request to the extent it seeks the production of documents protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege or protection. BNSF's response to each and every Interrogatory should be construed as limited by each such privilege unless specifically stated otherwise.

2. To the extent that the Interrogatories, or any portion thereof, seek to require BNSF to take any action other than the aforesaid reasonable investigation, BNSF objects to the requests on the grounds that they are unduly burdensome.

3. BNSF objects to each Interrogatory to the extent it seeks information and documents concerning employees other than Plaintiff.

These objections are incorporated into each of the specific Responses given below.

## ANSWER TO INTERROGATORY 18

18. Identify all individuals who had a role in terminating Plaintiff.

**ANSWER:** Donald "Brett" Russell, former BNSF Division Trainmaster, served as the Conducting Officer of the April 16, 2013 Investigation Hearing of Jerome Jones's and Ron Morris's March 7, 2013 conduct. Russell recommended that BNSF dismiss Jones and issue Morris a Level S 30-day record suspension. Russell offered this recommendation to Scott Hendrickson, via email, to which Russell attached the Jones/Morris investigation hearing transcript, investigation exhibits, Jones's employee transcript and Morris's employee transcript. Hendrickson, as BNSF Superintendent of Operations, forwarded Russell's email to the PEPA Team. Andrea Smith of BNSF's Labor Relations Department and a member of the PEPA Team, independently reviewed the investigation hearing transcript, the exhibits presented at the investigation hearing, and each employee's discipline history. Based on her independent review of this evidence, she recommended that BNSF dismiss both Jones and Morris. General Manager Jason Jenkins and Assistant Vice-President Robert Reilly agreed with Smith's

2

recommendation. Morris, through his local Union Chairman, R.T. Harwood, initially appealed the dismissal decision to Jenkins, who maintained the dismissal. Ultimately, Morris used the labor grievance process to appeal the dismissal to a neutral arbitrator with the Public Law Board, who maintained the dismissal.

Dated: January 23, 2019                        Respectfully submitted:

By: s/Susan M. Troester

Susan M. Troester
Martin K. LaPointe
LAPOINTE LAW, P.C.
stroester@lapointelaw.com
mlapointe@lapointelaw.com
1200 Shermer Road
One Lane Center, Suite 310
Northbrook, Illinois 60062
Telephone: (847) 786-2500
Fax: (847) 786-2650

ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY

## **VERIFICATION**

I declare under penalty of perjury that the foregoing interrogatory answers are true and correct based on information available to BNSF.

Executed on January 23, 2019

James T. Obermiller
Custodian of Records
Director - Compliance
BNSF Railway Company

4

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused copies of **Defendant BNSF Railway Company's Supplemental Answer to Plaintiff's Interrogatory No. 18** to be served electronically upon all counsel of record on January 23, 2019.

s/Susan M. Troester