**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RON MORRIS, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>BNSF RAILWAY COMPANY )<br>)<br>   Defendants. )<br>)<br>)<br>) | Case No.: 15 CV 2923<br><br><br><br><br>**JUDGE KENNELLY** |

## **NOTICE OF CROSS-APPEAL**

     Notice is hereby given that Ron Morris, plaintiff, in the above named case, hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from only the portion of the order of United States District Court, Northern District of Illinois, Eastern Division denying Plaintiff reinstatement of his employment with Defendant issued orally on March 4, 2019, and set forth in a Memorandum and Order on March 7, 2019, (Doc 239) in which the District Court awarded Plaintiff front pay in lieu of reinstatement, and to the extent that decision contributed to the Judgment (Doc. 240) entered on March 7, 2019, and the Amended Judgment (Doc. 291) entered on September 4, 2019.

     Defendant BNSF Railway Company filed its notice of appeal in this matter on September 17, 2019, (Doc. 294) and it is docketed in the United States Court of Appeals for the Seventh Circuit as Case No. 19-2808.

                                                                                   BY:    s/ Garrett Browne

                                                                                                       Garrett Browne
                                                                                                       Edward Fox
                                                                                                       ED FOX & ASSOCIATES
                                                                                                       Attorneys for Plaintiff
                                                                                                       300 West Adams
                                                                                                       Suite 330
                                                                                                       Chicago, Illinois 60606
                                                                                                        (312) 345-8877