# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

September 17, 2020

Taxed in Favor of: **Appellee Ron Morris ; Appellant Ron Morris**

| | |
|---|---|
| No. 19-2808 | RON MORRIS,<br>Plaintiff - Appellee<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>Defendant - Appellant |
| No. 19-2913 | RON MORRIS,<br>Plaintiff - Appellant<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-02923<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-02923<br>Northern District of Illinois, Eastern Division<br>Court Reporter Joseph Rickhoff<br>District Judge Matthew F. Kennelly<br>Court Reporter Carolyn Cox<br>Clerk/Agency Rep Thomas G. Bruton | |

The mandate or agency closing letter issued in this cause on September 17, 2020.

BILL OF COSTS issued in the amount of: $544.50.

|     |     | Cost of Each Item | Total Cost Each Item |
| --- | --- | --- | --- |
| 1.  | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2.  | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3.  | For reproduction of briefs: _____ | _____ | $544.50 |
| 4.  | _____ _____ | _____ | _____ |
| 5.  | _____ _____ | _____ | _____ |
|     |     | TOTAL: | $544.50 |

form name: **c7_BillOfCosts**(form ID: **140**)