# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

August 11, 2020

Before:  FRANK H. EASTERBROOK, Circuit Judge

DAVID F. HAMILTON, Circuit Judge

MICHAEL Y. SCUDDER, Circuit Judge

| Nos. 19-2808 & 19-2913 | RON MORRIS,<br>Plaintiff - Appellee/Cross - Appellant<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>Defendant - Appellant/Cross - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:15-cv-02923<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.